**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:04cv590**

| | | |
|---|---|---|
| RETIREMENT PLAN COMMITTEE OF THE RUDDICK SAVINGS PLAN, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| ASHLEY DAWN KIGER, BRITTNEY YVETTE KIGER, and TERRY RANDY KIGER, | ) ) ) ) | |
| Defendants | ) | |

The Plaintiffs in the above-referenced action are directed to pay into the court registry fund, as soon as practicable, any and all amounts owing to the beneficiaries of Rickey Todd Kiger under the Ruddick Savings Plan and the Ruddick Employee Stock Ownership Plan. Upon payment of any and all monies remaining in these plans into the court registry fund, Plaintiffs shall be dismissed from this action without further Order of this Court, and shall have no further obligations to any Defendant herein.

IT IS SO ORDERED.

**Signed: December 20, 2005**

Graham C. Mullen
Chief United States District Judge